**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:21-cr-68-TPB-AAS

REYNALDO GARZA

---

### ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. 118) of the United States Magistrate Judge, the plea of guilty of the defendant to Count One of the Indictment is now **ACCEPTED** and the defendant, Reynaldo Garza, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida, 33602, on **FEBRUARY 23, 2022, at 2:00 P.M.**   **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes**.

**DONE** and **ORDERED** in Tampa, Florida this 30th day of November, 2021.

---

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**