FILED

PS 10
(8/88)

2022 JAN 10 PM 12: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FL...

**United States District Court**
**for the**
Middle District Of Florida

RECEIVED
U.S. MARSHAL

2022 JAN -3 PM 3: 29

MIDDLE DIST. OF FLORIDA
TAMPA

U.S.A. vs Reynaldo Garza               Docket No. 113A 8:21CR00068

## TO: ¹Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |

| NAME OF DEFENDANT<br>Reynaldo Garza | SEX<br>Male | RACE<br>White | AGE<br>51 |
|---|---|---|---|

| ADDRESS(STREET, CITY, STATE)<br>1911 5th Street West<br>Apt. G<br>Bradenton, FL 34205 | | | |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Tampa | | | |

| CLERK<br>Clerk, U.S. District Court | (BY) DEPUTY CLERK  Alejandro Castillo | DATE<br>JAN - 3 2022 |
|---|---|---|

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>1/3/22 | DATE EXECUTED<br>1/5/22 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>US marshals, Tampa, FL | | |
| NAME<br>D Swerk | (BY)<br> | DATE<br>1/5/2c |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."